HANSON BRIDGETT, LLP
JEFFREY M. CHU - 121381
jchu@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:    (415) 777-3200
Facsimile:     (415) 541-9366

Attorneys for Plaintiff
JIANBAO COPPER & ALUMINUM CO., LTD.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JIANBAO COPPER & ALUMINUM CO., LTD., a limited liability company organized under the laws of the People's Republic of China,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN METAL GROUP, INC., a California corporation; HOWARD MISLE, an adult individual residing in California; and SCHNITZER STEEL INDUSTRIES, INC., a corporation authorized to conduct business in California,<br><br>Defendants. | Case No. CV 11 2520 LB<br><br>**PLAINTIFF'S APPLICATION TO APPEAR AT HEARING TELEPHONICALLY; AND [PROPOSED] ORDER**<br><br>Date: November 3, 2011 (CMC)<br>Time: 10:00 a.m.<br>Courtroom:  4<br><br>Action Filed:        May 24, 2011 |

1        Plaintiff's Counsel, Jeffrey M. Chu, hereby requests permission to appear at the

2    initial Case Management Conference, to be held on November 3, 2011, at 10:30 a.m.,

3    by telephone.  My direct dial number is:  (415) 995-5074.

4

5

6    DATED:  October 27, 2011

HANSON BRIDGETT, LLP

7

8    By: _____

9    JEFFREY M. CHU
Attorneys for Plaintiff
JIANBAO COPPER & ALUMINUM
CO., LTD.

10

11

12    **IT IS HEREBY ORDERED.**

13

IT IS SO ORDERED

14    DATED:  ____October 31____, 2011

15    THE HONORABLE LAUREL BEELER

16    JUDGE OF THE UNITED STATES
DISTRICT COURT

17

18

19    _____

20

21

22

23

24

25

26

27

28

- 1 -

PLAINTIFF'S APPLICATION TO APPEAR AT HEARING TELEPHONICALLY; AND
[PROPOSED] ORDER

3013861.1