MARK B. FREDKIN, ESQ. [SBN 53550]
ELIZABETH M. PAPPY, ESQ. [SBN157069]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325
epappy@mffmlaw.com

Attorneys for Defendants
American Metal Group, Inc., Howard Misle, and Schnitzer Steel Industries, Inc.

HANSON BRIDGETT, LLP
JEFFREY M. CHU, ESQ. [SBN121381]
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415)777-3200
Facsimile: (415)541-9366
epappy@mffmlaw.com

Attorneys for Plaintiff Jianbao Copper & Aluminum Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| JIANBAO COPPER & ALUMINUM CO., LTD., a limited liability company organized under the laws of the People's Republic of China,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN METAL GROUP, INC., a California corporation; et.al.,<br><br>Defendants. | Case No. CV 11 2520 LB<br><br>**JOINT APPLICATION TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER DATED NOVEMBER 4, 2011** |

Plaintiff and Defendants (hereinafter collectively referred to as the "Parties") hereby apply jointly to the Court to modify the Case Management and Pretrial order dated November 4, 2011. The application is based upon the following:

---

1

JOINT APPLICATION TO MODIFY CASE MANAGEMENT AND PRETRIAL ORDER

1. The Court issued a Case Management and Pretrial order dated November 4, 2011 setting the deadline for Expert Disclosures January 12, 2012.

2. The trial date is set for August 6, 2012 and the non-expert fact discovery is March 9, 2012. The parties are required to mediate by February 2, 2012.

3. The parties jointly request that the Court issue an order rescheduling the deadline for Expert Disclosures to a date in March or April 2012, commensurate with the trial date and the other dates set forth in the order.

Dated: NOV 10, 2011

HANSON BRIDGETT, LLP

By: _____
Jeffrey M. Chu, Esq.
Attorneys for Plaintiff

Dated: 11/10/11

MORGAN, FRANICH, FREDKIN & MARSH

By: _____
Elizabeth M. Pappy, Esq.
Attorneys for Defendants

The deadline for expert disclosure reset to March 9, 2012.

Date: November 14, 2011

APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA